# Third District Court of Appeal

## State of Florida

Opinion filed February 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D25-0906, 3D25-0907 & 3D25-0908
Lower Tribunal Nos. 18-CF-100-A-K, 18-CF-443-A-K, 18-CF-793-A-K

_____

**Charlie D. Altman,**
Appellant,

vs.

**State of Florida,**
Appellee.

Appeals under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Mark Wilson, Judge.

Charlie D. Altman, in proper person.

James Uthmeier, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before GORDO, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Altman v. State</u>, 422 So. 3d 1202 (Fla. 3d DCA 2025); <u>Altman v. State</u>, 394 So. 3d 34 (Fla. 3d DCA 2024); <u>see also</u> <u>State v. Stabile</u>, 443 So. 2d 398, 400 (Fla. 4th DCA 1984) ("The law of the case precludes relitigation of all issues *necessarily* ruled upon by the court . . . . A per curiam affirmance does establish the law of the case.").